

NUMBER 13-12-00182-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CHRISTUS HEALTH SYSTEM
D/B/A CHRISTUS SPOHN HOSPITAL
CORPUS CHRISTI - SOUTH,                                             Appellant,

v.

BENNIE C. GARCIA,                                                   Appellee.

### On appeal from the County Court at Law No. 4
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

This appeal was abated by this Court on April 30, 2012, and the parties were ordered to mediation. This cause is now before the Court on appellant's motion to dismiss the appeal on grounds that all matters between the parties have been resolved.

Appellant requests that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

All pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
14th day of March, 2013.

2